1
2
3
4
5

**UNITED STATES DISTRICT COURT**

6

**NORTHERN DISTRICT OF CALIFORNIA**

7
8
9
10

| | |
|---|---|
| 11 | **JOHN LOFTON,** |
| 12 | **Plaintiff,** |
| 13 | **v.** |
| 14 | **COLLECTO, INC.,** |
| 15 | **Defendant.** |
| 16 | |

**Case No.: 13-CV-3293 YGR**

**ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

17     On December 10, 2013, Plaintiff John Lofton filed an administrative motion to consider

18  whether the following two cases are related: (1) *Lofton v. Collecto, Inc.*, No. 13-cv-3293 YGR, and

19  (2) *Lofton v. Verizon Wireless*, No. 13-cv-5665 NC.  (Dkt. No. 22.)  No party has opposed the

20  motion.  The motion being unopposed, and for good cause shown, the Court hereby determines

21  pursuant to Civil Local Rule 3-12 that the cases are related.  Accordingly, the motion is **GRANTED**.

22     The Clerk is hereby directed to relate Case No. 13-cv-5665 to Case No. 13-cv-3293.  The

23  parties are advised that both cases shall now bear the initials "YGR" after the case number.

24     This Order terminates Docket No. 22.

25     **IT IS SO ORDERED**.

26

27  Date: December 19, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

28