Charles R. Messer (SBN: 101094)
messerc@cmtlaw.com
David J. Kaminski (SBN: 128509)
kaminskid@cmtlaw.com
Stephen A. Watkins (SBN: 205175)
watkinss@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant,
VERIZON WIRELESS (VAW) LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LOFTON, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>VERIZON WIRELESS (VAW) LLC,<br><br>        Defendant. | Case No.  C 13-05665 YGR<br><br>**STATEMENT OF RECENT DECISION**<br><br>**Motion for Preliminary Injunction and Class Certification**<br><br>**Hearing Date:**  **March 11, 2014**<br>**Time:**        **2:00 p.m.**<br>**Courtroom:**   **5** |

TO THE HONORABLE COURT:

      Pursuant to Civ. Local Rule 7-3(d), Defendant Verizon Wireless (VAW) LLC, Inc. files this Statement of Recent Decision of *Hataishi v. First American Home Buyers Protection Corp.,* 2014 Cal. App. LEXIS 162 (Cal. App. 2d Dist. Feb. 21, 2014).  A copy of the opinion is attached hereto as Exhibit "A."

1   DATED:  February 24, 2014                    CARLSON & MESSER LLP

2                                       By:    /s/ Charles R. Messer
                                               Charles R. Messer
3                                              David J. Kaminski
                                               Stephen A. Watkins
4                                              Attorneys for Defendant
                                               VERIZON WIRELESS (VAW) LLC
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28