**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JOHN LOFTON**,<br><br>   **Plaintiff,**<br><br>   v.<br><br>**VERIZON WIRELESS (VAW) LLC**,<br><br>   **Defendant.** | **Case No.: 13-cv-5665 YGR**<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE HEREBY NOTIFIED THAT the Case Management Conference in this matter is **CONTINUED** from June 23, 2014 to a specially set **1:45 p.m. Calendar on Friday, July 11, 2014** in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

This Order terminates Dkt. No. 33.

**IT IS SO ORDERED**.

Date: June 9, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**