UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LOFTON,<br>        Plaintiff,<br>    v.<br>VERIZON WIRELESS (VAW) LLC,<br>        Defendant. | Case No. 13-cv-05665-YGR (JSC)<br><br>**ORDER SETTING DISCOVERY CONFERENCE** |

Discovery in this case was recently assigned to the undersigned magistrate judge and a joint discovery letter, referencing several discovery disputes, is now pending before the Court. In light of the parties' discovery issues, the Court hereby sets a discovery hearing for **Thursday, August 28, 2014 at 9:00 a.m.** in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102. Lead counsel for each party shall attend in person.

**IT IS SO ORDERED.**

Dated: August 14, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge