**IN THE UNTED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**<u>CIVIL MINUTE ORDER</u>**

**MAGISTRATE JUDGE JACQUELINE SCOTT CORLEY**

**CASE NAME: LOFTON v. VERIZON WIRELESS LLC**

**CASE NO.  4:13-cv-5665-YGR (JSC)**

**COURTROOM DEPUTY: Melinda Lozenski**

**DATE: 9/4/2014     TIME: 14 minutes     COURT REPORTER: FTR 9:32-9:46 a.m.**

| **<u>COUNSEL FOR PLAINTIFF:</u>** | **<u>COUNSEL FOR DEFENDANT:</u>** |
|---|---|
| **David Parisi** | **Charles Messer** |
| **Ethan Preston** | |

**PROCEEDINGS**

 **[X]    TELEPHONIC DISCOVERY CONFERENCE**

 **[ ]    STATUS CONFERENCE RE:**

 **[ ]    TELEPHONIC CONFERENCE RE:**

 **[ ]    OTHER:**

**CASE CONTINUED TO: 9/18/2014 at 9:30 a.m. FOR Telephonic Status Re: Discovery**

**NOTES: Sample of document production to be provided by 9/9/2014. Supplemental discovery responses are due by 9/10/2014. Counsel to meet and confer regarding supplemental discovery responses by 9/12/2014 if necessary. Defendant to complete document production by 9/15/2014. Counsel shall contact Court Call at 1-888-882-6878 to make arrangements to appear by telephone.**

**cc:**

**\*T=Telephone Appearance**