# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LOFTON,<br>         Plaintiff,<br>   v.<br>VERIZON WIRELESS (VAW) LLC,<br>         Defendant. | Case No. 13-cv-05665-YGR (JSC)<br><br>**ORDER RE: MOTION TO QUASH**<br><br>Re: Dkt. No. 46 |

Now pending before the Court is non-party Sunrise Credit Services, Inc.'s ("Sunrise") motion to quash Plaintiff John Lofton's document subpoena.[1]  (Dkt. No. 46.)  It does not appear from Sunrise's motion that the parties have met and conferred regarding Sunrise's objections to the subpoenas as required by this Court's Standing Orders.  The Court accordingly orders Sunrise and Plaintiff to meet and confer regarding the dispute, in person, at Sunrise's counsel's office in Los Angeles.  If any dispute remains following the meet-and-confer, the parties shall file a joint discovery letter in accordance with this Court's Standing Orders.  The schedule for any joint letter brief, which resembles a typical motion-opposition-reply schedule, is as follows:

| | |
|---|---|
| Sunrise provides its portion of the joint letter to Plaintiff: | No later than one week after the meet-and-confer |
| Plaintiff provides its response to Sunrise: | No later than one week after receiving Sunrise's portion |
| Sunrise replies to Plaintiff's response and files the letter: | No later than three days after receiving Plaintiff's response. |

---

[1] Discovery in this matter has been referred to the undersigned magistrate judge.  (Dkt. No. 39.)

1 **This Order disposes of Docket No. 46.**

2 **IT IS SO ORDERED.**

3 Dated: September 15, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge