UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LOFTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VERIZON WIRELESS (VAW) LLC,<br><br>　　　　　Defendant. | Case No.  13-cv-05665-YGR   (JSC)<br><br>**ORDER FOLLOWING OCTOBER 2, 2014 DISCOVERY CONFERENCE** |

At discussed at the telephone discovery conference held on Thursday, October 2, 2014, Defendant shall advise Plaintiff by the close of business Friday, October 3, 2014 of when it is going to produce the "history report" or "dialer log" information discussed at the conference.

The Court also imposes the following schedule as to discovery disputes. If after the parties have met and conferred in person a discovery dispute remains, the moving party shall provide its portion of the joint discovery letter to the opposing party. The opposing party must provide the moving party with its response within five business days. Upon receipt of the response, the moving party may modify its portion of the letter brief to address the opposing party's response and must file the letter brief with the Court within two business days, unless the parties jointly agree to a different schedule. The parties are encouraged to file separate letters for each separate dispute.

**IT IS SO ORDERED**.

Dated: October 2, 2014

　　　　　　　　　　　　　　　　　　　　　_Jacqueline S. Corley_
　　　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge