David C. Parisi (162248)
Suzanne Havens Beckman (188814)
PARISI & HAVENS LLP
212 Marine Street, Suite 100
Santa Monica, California 90405
(818) 990-1299 (telephone)
(818) 501-7852 (facsimile)
dcparisi@parisihavens.com
shavens@parisihavens.com

Ethan Preston (263295)
PRESTON LAW OFFICES
8245 North 85th Way
Scottsdale, Arizona 85258
(480) 269-9540 (telephone)
(866) 509-1197 (facsimile)
ep@eplaw.us

*Attorneys for Plaintiff John Lofton, on his own
behalf, and behalf of all others similarly situated*

## IN THE UNITED STATES DISTRICT COURT FOR
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

JOHN LOFTON, an individual, on his own
behalf and on behalf of all others similarly
situated,

Plaintiff,

v.

VERIZON WIRELESS (VAW) LLC, a
Delaware limited liability company, and
DOES 1-100, inclusive,

Defendants.

No. C 13-05665 YGR

Honorable Yvonne Gonzalez Rogers

**DECLARATION OF RANDALL
SNYDER IN SUPPORT OF OCTOBER
2014 LETTER TO MAGISTRATE
JUDGE JACQUELINE SCOTT CORLEY
FOR SANCTIONS**

I, Randall A. Snyder, hereby declare as follows:

1.      My name is Randall A. Snyder. I am an adult over the age of 18 and a resident of

the state of Nevada. I am an independent telecommunications technology consultant and reside at

8113 Bay Pines Avenue, Las Vegas, Nevada, 89128. I have been retained by the law firm of

Parisi & Havens LLPin this case and the multidistrict litigation proceeding pending before the

United States Court for the District of Massachusetts under the caption *In re Collecto, Inc.*

*Telephone Consumer Protection Act (TCPA) Litigation*, No. MDL 14-md-2513-RGS ("*In re*

*Collecto*") to render expert opinions about certain technology and document productions.

2.      I have personal knowledge of each of the matters stated herein, and if called to

testify I could and would testify competently about them. My opinions in this declaration are based on my education, knowledge, experience, training and my review of the following documents in this case: Deposition of Peter Cappola dated September 24, 2014; account records labeled as Bates Nos. EOS000491–92; Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* ("TCPA") and regulations promulgated thereunder; the FCC's Report and Order in the Matter of Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991 dated October 16, 1992; the FCC's Report and Order in the Matter of Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991 dated July 3, 2003; and the FCC's Report and Order in the Matter of Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991 dated January 4, 2008.

3.     I have over 28 years of experience in telecommunications network and system architecture, engineering, design and technology. I am an expert in the fields of both wireline and wireless telecommunications networking technology. A copy of my *curriculum vitae* is attached to this Declaration. I have been retained as a testifying or consulting expert in more than 85 cases regarding telecommunications technology (including 57 cases regarding the TCPA and associated regulations).

4.     I have taught many classes and seminars on both wireline and wireless telecommunication network technologies and have been a panelist and speaker at numerous conferences at the Institute of Electrical and Electronics Engineers ("IEEE"), the Personal Communication Society ("PCS"), and the Cellular Telecommunications and Internet Association ("CTIA") as an expert in telecommunication networks. I spent seven years developing standards within the American National Standards Institute's subsidiary organization, the Telecommunications Industry Association ("TIA"), providing technical contributions and authoring and editing telecommunications proposed standards documents. Most notably, I authored and oversaw the standardization of Interim Standard 93, providing interconnection technology between wireline and wireless networks, which is a fully accredited national standard of the American National Standards Institute ("ANSI"). I am the co-author of the McGraw-Hill books "Mobile Telecommunications Networking with IS-41," and "Wireless

Telecommunications Networking with ANSI-41, 2nd edition" published in 1997 and 2001, respectively. These books have sold several thousand copies and were required reading for wireless engineers at AT&T Wireless and Motorola for several years. The latter book has also been relied upon and cited numerous times as a reference for various patents in the telecommunications industry. I have been issued 22 patents on telecommunications networking technology and currently have six additional published patents pending. I have also authored several articles on telecommunications technology and have been quoted numerous times in industry trade publications. I have consulted for and been employed by many wireline and wireless telecommunications companies including McCaw Cellular, AirTouch, AT&T Wireless, AT&T Mobility, Lucent, Nokia, Ericsson, Nextwave, MCI, Sprint and other telecommunications technology vendors and service providers. I was also nominated in 2006 for a National Television Arts Emmy Award for Outstanding Achievement in Advanced Media Technology for unique wireless content distribution technology I designed while employed at Entriq, Inc.

5.      Still more detail, as well as details of publications that I have authored or co-authored within at least the past 10 years, are provided in my attached *curriculum vitae* (a true and correct copy of which is attached hereto as Exhibit 1) along with a list of cases where I served as a testifying or consulting expert (a true and correct copy of which is attached hereto as Exhibit 2) and my standard rate sheet (a true and correct copy of which is attached hereto as Exhibit 3). I am being compensated at the rate of $450 per hour for my study, analysis and testimony in this case. My compensation does not depend upon the outcome of this matter.

6.      I understand that fact discovery in this case is ongoing and I also understand that there are documents and/or evidence that have yet to be produced and depositions that have yet to occur. To the extent that I cannot fully opine on the technical issues in this case, I hereby reserve the right to supplement this Declaration with both my conclusions and opinions in a detailed and additional supplementary declaration in the future.

7.      I have been involved as a testifying expert or a consulting expert in fifty-seven (57) actions under the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA"). In every case for which I have been retained as an expert regarding the TCPA, the most important data

used to identify class members and to determine if a potential TCPA violation has occurred are call detail records ("CDRs").

8.      Each line-item CDR represents an individual call and includes the telephone number of the calling party (*i.e.*, the telephone number of the party originating the call), the telephone number of the called party (*i.e.*, the telephone number of the party receiving the call), the date the call was made (*i.e.*, month, day, year), the time the call was made (*i.e.*, hour, minute and sometimes second) and the duration of the call (*i.e.*, hours, minutes and sometimes seconds).

9.      Based on my experience from working on previous cases, I am aware that CDRs which include data such as the called telephone number, the time and date of the call, the duration of the call, as well as additional details, such as the method or mode by which the call was dialed (*e.g.*, predictive dialing, power dialing, preview dialing, manual dialing, *etc.*) and disposition of the call (*e.g.*, answered, answered by voice-mail, not answered, *etc.*) can be extracted from the following dialers used by Collecto, Inc. ("Collecto") in this case: the Noble Maestro automatic dialing system, the LiveVox automatic dialing system and the SoundBite automatic dialing system.

10.     The most reliable method for ascertaining class members in TCPA cases involves the analysis of the CDRs that are logged by the automatic dialing system and stored in a database. CDRs reflecting calls to individuals that do not qualify as class members (for whatever reason) can be filtered out, revealing only calls to telephone numbers representing individuals that qualify as class members. In every case for which I have been retained as an expert regarding the TCPA, the most important data that is used to determine if a potential TCPA violation has occurred and to ascertain potential class members are CDRs.

11.     It is my understanding that Collecto has been unable to produce CDRs relevant to this case because they did not suspend their policy of routinely destroying data older than two years. This is the only TCPA case in which I have been involved attempting to analyze CDRs where the defendant has not kept data for at least four years. In fact, in my experience, it is quite common for companies operating call centers to maintain records for five or more years. In these cases, the records are archived in an offline database, but they remain accessible and can be

easily retrieved for analysis.

12.    The account records labeled Bates Nos. EOS000491–92 are two large ASCII files. I do not have an opinion on how Collecto created EOS000491–92. However, the account records in EOS000491–92 are not structured or delimited: EOS000491–92 were not produced in a format that preserved the structure of the underlying database (*i.e.*, the tables or fields within the database). It is extremely difficult, time-consuming and costly for computer scripts to be written and subsequently run to properly parse data fields which are not delimited, such as by commas, tabs, spaces, *etc*. I am not aware of any case in which any party proposed ascertaining class members' telephone numbers or reconstructing CDRs from unstructured, undelimited data as is the case with EOS000491–92. Based on my review of the Cappola deposition transcript, I understand the other account notes EOS000493–95 have a similar format.

13.    My opinions in this declaration are based upon extensive experience in the telecommunications industry, a detailed understanding of telecommunications systems and a detailed understanding of automatic telephone dialing systems. I hereby reserve the right to supplement or modify my opinions detailed in this report to the extent that new information is made available through discovery or other means.

14.    I declare that the foregoing is true and correct, to the best of my knowledge, subject to the laws of perjury of the United States.

Executed in Las Vegas, Nevada, on this 31st day of October 2014.


_____
Randall A. Snyder

# EXHIBIT 1

**Randall A. Snyder**
**Curriculum Vitae**

## Professional Summary

Randall Snyder is a recognized expert in wireless and cellular telecommunications technology, executive manager and leader, designing, developing, marketing and managing mobile telecommunication system and software products. He has over 30 years of experience specializing in wireless telecommunications technology, network architecture, design, system engineering, marketing and product management. He is a reputable leader and strategic developer with a successful background building startups. He is skilled presenter, communicator, and educator with success impacting organizational performance, corporate reputation and increasing sales. Mr. Snyder is results-oriented, highly organized and creatively focused on adhering to organizational missions and philosophy while designing best-of-breed mobile technology solutions. He has extensive travel experience to Asia-Pac, Latin America and Europe supporting engineering, sales and marketing with familiarity with wireless network operators and manufacturers worldwide. Mr. Snyder has several years of wireless standards development with extensive travel throughout Asia-Pac, Latin America and Europe. He has been issued 22 patents related to wireless telecommunications technology.

## Expertise

- Business Relations: Seminars, Sales Presentations and Sales Engineering

- Legal: Provisional and Patent Applications, Subject Matter Expert Consultant, Expert Witness and Testimony, Litigation Support, Sales and Vendor Contract Negotiations and Review, Qualified as an Expert in Federal District Court

- Management: Strategic/Tactical Planning, Product Management, Marketing Management, Operations Management, Competitive Analysis, Problem Resolution, Project Planning, Risk Management

- Organizational: P&L Management, Budget Planning, Expense Reduction and Cost Control

- Technology: Wireless Network Engineering, Design and Architecture, Multimedia Systems, Mobile Internet, Mobile Video, Mobile Marketing, mCommerce and Mobile Payments, Mobile Telecommunications Standards, 3G, UMTS, LTE, LBS, SMS, MMS, WAP, GSM, and ANSI-41 (CDMA) Networking, Signaling System No. 7 (SS7), Communications Protocols, Telephone Consumer Protection Act (TCPA), Automatic Telephone Dialing Systems (ATDS)

## Education

| Year | College or University | Degree |
|------|----------------------|--------|
| 1984 | Franklin and Marshall College | B.A., Mathematics (minor in Astronomy) |

> **Randall A. Snyder**
> **Curriculum Vitae**

## Professional Experience

From:           January 2007
To:             Present
Organization:   Wireless Research Services, LLC; Las Vegas, NV
Title:          President and Founder
Summary:        Responsible for consulting business, and revenue as well as being the principal consultant. Areas of subject matter expertise include mobile and cellular networking, 3G, LTE, UMTS, GSM, ANSI-41, LBS, SMS, MMS, WAP, SS7, Diameter Signaling, Automatic Telephone Dialing Systems (ATDS) and mobile multimedia systems. With this expertise, primary consulting is in the area of system and product architecture, design, development, management and marketing as well as patent preparation and development, expert reports, expert testimony and litigation support. Expert witness and technology consultant for over 85 legal cases; authored over 70 expert reports for intellectual property cases, Telephone Consumer Protection Act (TCPA) cases and wireless technology litigation cases.

Notable Case:

- Personally cited by United States Court of Appeals for the Ninth Circuit. Satterfield v. Simon & Schuster, Inc. No. 07-16356, D.C. No. CV-06-02893-CW Opinion. Appeal from the United States District Court for the Northern District of California. Opinion by N.R. Smith, Circuit Judge. Filed June 19, 2009.

  Result of expert opinion greatly expanded the TCPA and was followed by formal FCC Declaratory Rulings citing this case that text messages are calls as defined by the TCPA and dialing numbers from a stored electronic list of telephone numbers falls within the definition of an Automatic Telephone Dialing System (ATDS).

From:           September 2007
To:             August 2010
Organization:   Finsphere Corporation; Bellevue, WA
Title:          Vice President Product Management & Wireless Engineering
Summary:        Was among the first handful of employees at Finsphere prior to Series A funding. As vice president of product management and wireless engineering and a member of the executive management team, was responsible for product management activities and wireless technology solutions for Finsphere's products. These products encompassed mobile location based software-as-a-service (SaaS) products offered primarily to financial institutions and banks. Responsibilities included product requirements and system functionality, strategic planning, R&D of new technologies, wireless network interconnectivity as well as wireless technology for Finsphere's products. Was also responsible for market strategies, white papers and development and management of intellectual property and patent applications.

**Randall A. Snyder**
**Curriculum Vitae**

From:           May 2004
To:             April 2007
Organization:   Entriq, Inc.; Carlsbad, CA
Title:          Vice President Product Management
Summary:        Was responsible for the entire product management team and system architecture for
                Entriq's products and services. Products encompassed mobile and broadband pay
                media applications (specializing in video), digital rights management (DRM) and
                security solutions, e-commerce and m-commerce systems as well as ad management
                and delivery solutions for both broadband and mobile media services. Responsibilities
                also included network and protocol analysis, market analysis, evaluation of third-party
                software and services, all vendor contract negotiations, RFP responses and overall
                administrative responsibility for the entire product line. Was responsible for directing
                and managing the technical writing department producing all user documentation
                associated with the products. Was nominated for a National Television Arts and
                Sciences Emmy Award for Outstanding Achievement in Advanced Media Technology
                for unique mobile technology designed, developed and commercially deployed as part
                of Entriq's solution.


From:           February 2002
To:             November 2003
Organization:   m-Qube, Inc. (acquired by Verisign); Boston, MA
Title:          Vice President Product Management and Carrier Marketing and Founder
Summary:        Was responsible for the entire product management and carrier marketing teams,
                member of the executive management team and one of the founders. Was responsible
                for all product management, system engineering and product strategy for all business
                conducted with the wireless industry and carriers. Was in charge of the market strategy
                and wireless network architecture for m-Qube's mobile marketing service, a value-
                added service offering mobile marketing solutions to wireless carriers using short
                message services (SMS) for GSM and CDMA networks. The service architecture
                enabled branded companies to deploy promotional marketing and messaging campaign
                dialogs with mobile subscribers via SMS. The network architecture required definition
                and design of all aspects of the overall network including SMS technology,
                interconnectivity to the wireless carriers, signaling, traffic management, market
                requirements for features and services, network equipment specifications and OA&M.


From:           April 2001
To:             February 2002
Organization:   Bitfone Corporation; Mountain View, CA
Title:          Vice President Product Management and Marketing
Summary:        Was responsible for the entire product management team and all of the company's
                product definitions, strategies and positioning. Had direct responsibility for market
                and product requirements, market research, competitive analysis, product strategy and
                sales strategy. Bitfone's products included the iBroker, a mobile Internet technology
                infrastructure platform to enhance WAP, MMS, mobile e-mail and wireless

| | |
|---|---|
| **Randall A. Snyder** | |
| **Curriculum Vitae** | |

messaging. Was also responsible for the mProve product (obtained via merger with Digital Transit, Inc.) providing over-the-air firmware and software update technology to mobile devices.

| | |
|---|---|
| From: | November 2000 |
| To: | April 2001 |
| Organization: | Openwave Systems (via merger of Phone.com and Software.com); Redwood City, CA |
| Title: | Executive Director Emerging Technologies |
| Summary: | Was responsible for new 3G technologies and providing market and product plans for those technologies for the entire product line. Primary responsibility for the 3GPP Multimedia Messaging Service (MMS), collecting market requirements from customers, developing corporate strategy for MMS and preparing the organization for additional development of the product. In addition, taught wireless technology classes to the different departments at Openwave and educated them on wireless service provider strategies and network technologies. |

| | |
|---|---|
| From: | March 2000 |
| To: | November 2000 |
| Organization: | @Mobile and Software.com (via acquisition); Santa Barbara, CA |
| Title: | Director Wireless Product Management |
| Summary: | Was responsible for the product managers and for all of the wireless internet infrastructure products. Responsibilities included the overall market and product strategy for Software.com's wireless e-mail, short message service, instant messaging and unified messaging products. Was responsible for the overall revenues generated from these products based on detailed product plans and internal organizational planning. Much of his time was spent working with the executive management team and the sales directors on corporate market strategy. |

| | |
|---|---|
| From: | December 1999 |
| To: | March 2000 |
| Organization: | FreeSpace Communications, Inc.; Palo Alto, CA |
| Title: | Consulting Network Systems Engineer |
| Summary: | Was responsible for the complete design of the backbone network architecture for a new broadband fixed wireless data network. This new architecture incorporated DSL as the backbone network technology. The network architecture required definition and design of all aspects of the overall network plan including DSL technology, IP technology, ATM technology, interconnectivity to the PSTN, operations signaling, traffic engineering, market requirements for network features and services, network equipment specifications and OA&M. |

| | |
|---|---|
| From: | April 1992 |
| To: | December 1999 |
| Organization: | Synacom Technology, Inc.; San Jose, CA |

> **Randall A. Snyder**
> **Curriculum Vitae**

Title:            Executive Director Product Marketing and Management
Summary:

1998 – 1999      Executive Director Product Marketing and Management

- Responsible for managing the entire product management and marketing department of Synacom Technology, including market research and planning, product management and market communications. Lead the entire design, definition and product direction of all aspects of Synacom's products.

1997 – 1998      Director Systems Engineering

- Responsible for coordinating and managing the overall functional and requirements specifications for all Synacom's products as well as the detailed test plans used for alpha system testing of those products. Also responsible for directing and managing the technical writing department producing all of the user documentation associated with all of the products. Provided the primary sales engineering support for sales and marketing and was involved in nearly every aspect of the product lifecycle.

1996 – 1997      Director Consulting Services and Principal Engineer

- Responsible for obtaining, coordinating and managing all technical consulting projects performed by the company. These projects included wireless network architecture and design for both IS-41 and GSM networks for dozens of client companies (carriers and equipment manufacturers). In this role, continued as a member of both the ANSI/TIA TR45.2 Subcommittee for cellular radio intersystem operations standards and the ANSI/TIA TR46 Committee for 1900 MHz GSM PCS standards. Major contributor to TR46 in the area of GSM-to-IS-41 network interworking. Also authored, edited and published TIA standard specification IS-93 for cellular network interconnections to the PSTN and ISDN.

1992 – 1996      Principal Engineer

- Consulted for McCaw Cellular, AT&T Wireless, AirTouch Cellular, AirTouch Satellite Services, Globalstar, Nokia, MCI, Sprint PCS, XYPoint, NextWave, NewNet American Personal Communications, CTIA and several other national and international wireless telecommunications companies.

- Wrote wireless network design and analysis papers including HLR specifications, Authentication Center specifications, PCS network design, short message service (SMS) design, intelligent network applications of wireless technology and in-house expert in signaling protocols. Extensive experience with Signaling System No. 7, including both protocol implementation and design. Authored the Standard Requirements Document for the SS7-based A-interface between the base station and MSC used throughout the TIA. Also involved in the design of the Bellcore WACS/PACS technology, digital cellular network service and feature descriptions, SCPs and HLRs. Extensive experience developing the architecture and design of distributed intelligent networks including, SS7, cellular, PCS, AIN and WIN networks. Key member of the original Cellular Digital Packet Data (CDPD) architecture and design team. Designed the CDPD air interface protocol emulator

> ### Randall A. Snyder
> ### Curriculum Vitae

developed and marketed by AirLink Communications, Inc.

From:          December 1990
To:            April 1992
Organization:  AT&T Bell Laboratories; Whippany, NJ
Title:         Consulting Member of the Technical Staff
Summary:       Evaluated wireless technology services for the Wireless Systems Architecture group. Also participated as a system engineer on the design of the Global System for Mobile (GSM) communication architecture and a software engineer developing the base station controller (BSC) for GSM. Also responsible for planning, coordinating, designing and testing the SS7 protocol software for the GSM A-interface between the BSC, MSC and operations and maintenance center (OMC). High-level and detailed design specifications were developed to coordinate the protocol testing between two remote laboratories. Provided the traffic analysis and traffic engineering of call traffic for the BSC. Specifically designed and developed the dynamic traffic overload control subsystem for the BSC. Presentations were given to technical staffs at multiple Bell Laboratories facilities supporting this work.

From:          May 1987
To:            December 1990
Organization:  DGM&S, Inc.; Mt. Laurel, NJ
Title:         Senior Staff Consultant
Summary:       Responsible for the design, development and test coordination of an advanced intelligent network applications platform for a service control point (SCP). Also spent several years as a consulting software engineer for Siemens AG, developing and testing SS7 and call control software for the EWSD digital switching system for international as well as U.S. national network implementations. This work involved extensive travel to both Frankfurt and Munich, Germany for software system design and testing. Also involved in the concept, design and technical marketing of proprietary enabling technology software products for SS7 and ISDN.

From:          May 1986
To:            May 1987
Organization:  ADP, Inc.; Mt. Laurel, NJ
Title:         Senior Software Engineer and Analyst
Summary:       Responsible for the design and development of data communications and real time database application software for a host data center that provided real time financial information to large brokerage houses. Data communication protocol expertise in HDLC, RS-232 and IBM BiSync.

> **Randall A. Snyder**
> **Curriculum Vitae**

From:          June 1984
To:            May 1986
Organization:  C3, Inc.; Cape May, NJ
Title:         Consulting Systems Analyst and Software Engineer
Summary:       Civilian consulting systems analyst and engineer to the U.S. Coast Guard Electronics
               Engineering Center (EECEN) for C3, Inc. Developed sophisticated database software
               for shipboard use including inventory and law enforcement applications. The work
               included the follow-through of the entire project lifecycle including writing of
               requirements, functional, design and program specifications, coding, debugging, alpha
               and beta testing, release, shipboard installation and continuing technical support of the
               product. Received a personal commendation from Admiral W.F. Merlin, Chief, Office
               of Command, Control and Communications, for successful efforts on these projects.

## Professional Affiliations, Achievements & Awards

- Member, Mobile Multimedia Institute
- Nominated, Technology and Engineering Emmy Award for Outstanding Achievement in Advanced
  Media Technology, 2006

## Patents, Publications & Citations

### Issued Patents

| Patent | Date | Description |
|--------|------|-------------|
| US 8,839,394 | 9/16/2014 | Systems and Methods for Authenticating a User of a Computer Application, Network, or Device Using a Wireless Device |
| US 8,831,564 | 9/9/2014 | System and Method for Mobile Identity Protection Using Mobile Device Signaling Network Derived Location Pattern Recognition |
| US 8,819,141 | 8/26/2014 | Centralized Mobile and Wireless Messaging Opt-out Registry System and Method |
| US 8,761,732 | 6/24/2014 | System and Method to Initiate a Mobile Data Communication Utilizing a Trigger System |
| US 8,670,753 | 3/11/2014 | System and Method for Determining and Delivering Appropriate Multimedia Content to Data Communication Devices |
| Mexico 308720 B | 12/04/2013 | Sistema y Metodo para el Analisis Automatizado que Compara una Ubicacion del Dispositivo Inalambrico con Otra Ubicacion Geografica |
| US 8,588,748 | 11/19/2013 | System and Method for Mobile Identity Protection of a User of |

| | | Randall A. Snyder |
| | | Curriculum Vitae |

| | | Multiple Computer Applications, Networks or Devices |
|---|---|---|
| US 8,437,784 | 05/07/2013 | System and Method to Initiate a Mobile Data Communication Utilizing a Trigger System |
| US 8,374,634 | 02/12/2013 | System and Method for Automated Analysis Comparing a Wireless Device Location with Another Geographic Location |
| US 8,280,348 | 10/02/2012 | System and Method for Mobile Identity Protection Using Mobile Device Signaling Network Derived Location Pattern Recognition |
| US 8,155,677 | 04/10/2012 | Mobile Messaging Short Code Translation and Routing System and Method |
| New Zealand 580499 | 08/31/2012 | System and Method for Automated Analysis Comparing a Wireless Device Location with Another Geographic Location |
| US 8,131,262 | 03/06/2010 | System and Method to Initiate a Mobile Data Communication Utilizing a Trigger System |
| US 8,116,731 | 02/14/2012 | System and Method for Mobile Identity Protection of a User of Multiple Computer Applications, Networks or Devices |
| Australia 2008/115299 | 02/09/2012 | System and Method for Automated Analysis Comparing a Wireless Device Location with Another Geographic Location |
| S. Africa 2009/06947 | 01/26/2011 | System and Method for Automated Analysis Comparing a Wireless Device Location with Another Geographic Location |
| US 7,792,518 | 09/07/2010 | System and Method to Initiate a Mobile Data Communication Utilizing a Trigger System |
| US 7,403,788 | 07/22/2008 | System and Method to Initiate a Mobile Data Communication Utilizing a Trigger System |
| US 6,128,389 | 10/03/2000 | Authentication Key Management System and Method |
| US 5,970,144 | 10/19/1999 | Secure Authentication-Key Management System and Method for Mobile Communications |
| US 5,850,445 | 12/15/1998 | Authentication Key Management System and Method |
| US 5,799,084 | 08/25/1998 | System and Method for Authenticating Cellular Telephonic Communication |

## Publications

1. What Workers Want from Wireless by Randall A. Snyder; April 15, 2004. America's Network, Advanstar Communications, Santa Ana, California USA.

2. Snyder, Randall A. and Gallagher, Michael D. Wireless Telecommunications Networking with ANSI-41 Second Edition; McGraw-Hill, New York, NY USA; © Copyright 2001 Randall A. Snyder and Michael D. Gallagher. *Foreword by Tom Wheeler, current Chairman, Federal Communications Commission.*

3. Forecasting SS7 Traffic by Randall A. Snyder; November 1, 2000. Wireless Review, Volume 17, Number 21, Intertec Publishing, Overland Park, KS USA.

4. Gallagher, Michael D. and Snyder, Randall A. Mobile Telecommunications Networking with IS-41; McGraw-Hill, New York, NY USA; © Copyright 1997 Michael D. Gallagher and Randall A. Snyder.

5. IS-41/GSM Interoperability by Randy Snyder; December, 1995, Cellular Networking Perspectives, Cellular Networking Perspectives, LTD, Calgary, Alberta, Canada.

**Randall A. Snyder**
**Curriculum Vitae**

## Citations

1.  Commendation from Admiral W.F. Merlin, Chief, Office of Command, Control and Communications, USCG (1986)

2.  Method and Apparatus for Routing Short Messages, US Patent #6308075, Issued October 23, 2001.

3.  Mediation Software for Delivery of Interactive Mobile Messaging and Personalized Content to Mobile Devices. Patent Application # 20020120779, August 29, 2002.

4.  Automatic In-Line Messaging System, US Patent #6718178, Issued April 6, 2004.

5.  Method and System for Wireless Instant Messaging, US Patent #7058036, Issued June 6, 2006.

6.  United States Court of Appeals for the Ninth Circuit. Satterfield v. Simon & Schuster, Inc. No. 07-16356, D.C. No. CV-06-02893-CW Opinion. Appeal from the United States District Court for the Northern District of California. Opinion by N.R. Smith, Circuit Judge. Filed June 19, 2009.

# EXHIBIT 2

## Randall A. Snyder
## Curriculum Vitae

## Litigation Support Experience

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Intellectual property (patents) related to short message service (SMS) technology. |
| Law Firm: | McGuireWoods LLP |
| Case Name: | Comcast Cable Communications, LLC v. Sprint Communications Company L.P. |
| Services Provided: | Testifying expert for defendant |
| Disposition: | Ongoing |
| Date: | 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Caddell & Chapman |
| Case Name: | Hooker v. Sirius XM Radio, Inc. |
| Services Provided: | Testifying expert for plaintiff |
| Disposition: | Ongoing |
| Date: | 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Lemberg & Associates LLC |
| Case Name: | Hamlett et al v. Santander Consumer USA Inc. et al |
| Services Provided: | Testifying expert for plaintiff |
| Disposition: | Ongoing |
| Date: | 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Bock & Hatch, LLC |
| Case Name: | Kozlow v. Hangtime, Inc. |
| Services Provided: | Testifying expert for plaintiff |
| Disposition: | Ongoing |
| Date: | 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Parisi & Havens LLP |
| Case Name: | In re Collecto, Inc. |
| Services Provided: | Testifying expert for plaintiff |
| Disposition: | Ongoing |

```
┌─────────────────────────────────┐
│         Randall A. Snyder        │
│         Curriculum Vitae         │
└─────────────────────────────────┘
```

Date:                2014

*Expert Engagement:*

Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                     related to unlawful cellular telephone calls
Law Firm:            Parisi & Havens LLP
Case Name:           Lofton v. Verizon Wireless LLC
Services Provided:   Testifying expert for plaintiff
Disposition:         Ongoing
Date:                2014

*Expert Engagement:*

Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                     related to unlawful cellular telephone calls
Law Firm:            Edelson PC
Case Name:           Birchmeier et al v. Caribbean Cruise Line, Inc. et al
Services Provided:   Testifying expert, expert reports for plaintiff
Disposition:         Ongoing
Date:                2014

*Expert Engagement:*

Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                     related to short message service (SMS) technology
Law Firm:            Keogh Law, Ltd.
Case Name:           Johnson v. Yahoo! Inc.
Services Provided:   Testifying expert, expert reports, depositions for plaintiff
Disposition:         Ongoing
Date:                2014

*Expert Engagement:*

Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                     related to short message service (SMS) technology
Law Firm:            Jacobs Kolton, Chtd.
Case Name:           Nunes v. Twitter, Inc.
Services Provided:   Consulting expert for plaintiff
Disposition:         Ongoing
Date:                2014

*Expert Engagement:*

Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                     related to unlawful cellular telephone calls
Law Firm:            Manning Law, PLLC
Case Name:           Manning v. Lendio, Inc.
Services Provided:   Testifying expert for plaintiff
Disposition:         Ongoing
Date:                2014

| Randall A. Snyder |
| Curriculum Vitae |

*Expert Engagement:*

| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | The Law Offices of Joseph R. Manning, Jr. |
| Case Name: | Vargem v. Tax Defense Partners, LLC |
| Services Provided: | Testifying expert for plaintiff |
| Disposition: | Ongoing |
| Date: | 2014 |

*Expert Engagement:*

| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Steptoe & Johnson PLLC |
| Case Name: | Cain v. Monitronics, International, Inc. |
| Services Provided: | Consulting expert for defendant |
| Disposition: | Ongoing |
| Date: | 2014 |

*Expert Engagement:*

| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology and unlawful cellular telephone calls |
| Law Firm: | Mantese Honigman Rossman and Williamson, P.C. |
| Case Name: | Glassbrook v. Rose Acceptance, Inc. and First National Bank of America |
| Services Provided: | Testifying expert, expert reports, depositions for plaintiff |
| Disposition: | Ongoing |
| Date: | 2014 |

*Expert Engagement:*

| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Kazerouni Law Group, APC |
| Case Name: | Iniguez v. The CBE Group, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Settled |
| Date: | 2014 |

*Expert Engagement:*

| Type of Matter: | California Invasion of Privacy Act (Penal Code §§ 630) class action related to unlawful recording of telephone conversations |
| Law Firm: | Keller Grover LLP and Law Offices of Scot D. Bernstein |
| Case Name: | McCabe v. Six Continents Hotels, Inc. |
| Services Provided: | Testifying expert, expert reports, depositions for plaintiff |
| Disposition: | Ongoing |
| Date: | 2014 |

*Expert Engagement:*

---

| | |
|---|---|
| **Randall A. Snyder** | |
| **Curriculum Vitae** | |

---

Type of Matter:          Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                         related to unlawful cellular telephone calls
Law Firm:                Keogh, Cox & Wilson, Ltd.
Case Name:               Heatherington v. Omaha Steaks, Inc.
Services Provided:       Testifying expert for plaintiff
Disposition:             Ongoing
Date:                    2014

*Expert Engagement:*

Type of Matter:          Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                         related to short message service (SMS) technology
Law Firm:                Lemberg & Associates LLC
Case Name:               Shiyan v. Lucille Roberts Health Clubs, Inc.
Services Provided:       Testifying expert, expert reports for plaintiff
Disposition:             Ongoing
Date:                    2014

*Expert Engagement:*

Type of Matter:          Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                         related to unlawful cellular telephone calls
Law Firm:                Lemberg & Associates LLC
Case Name:               Meyer v. Receivables Performance Management LLC
Services Provided:       Testifying expert for plaintiff
Disposition:             Settled
Date:                    2014

*Expert Engagement:*

Type of Matter:          Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                         related to unlawful cellular telephone calls
Law Firm:                Lemberg & Associates LLC
Case Name:               Creel v. GC Services, L.P.
Services Provided:       Testifying expert, expert reports, depositions for plaintiff
Disposition:             Settled
Date:                    2014

*Expert Engagement:*

Type of Matter:          Intellectual property (patents) related to short message service (SMS) technology
                         and communication protocols
Law Firm:                White & Case LLP
Case Name:               Nokia Corporation v. Google Inc.
Services Provided:       Testifying expert for defendant
Disposition:             Settled
Date:                    2014

*Expert Engagement:*

Type of Matter:          Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                         related to unlawful cellular telephone calls

---

Law Firm:              Lemberg & Associates LLC
Case Name:             Horton v. Cavalry Portfolio Services LLC
Services Provided:     Testifying expert, expert reports, depositions for plaintiff
Disposition:           Ongoing
Date:                  2013 – 2014

*Expert Engagement:*
Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                       related to short message service (SMS) technology
Law Firm:              Law Office of Scott D. Owens, Esq. and Farmer, Jaffee, Weissing, Edwards,
                       Fistos & Lehrman, P.L.
Case Name:             Legg v. Voice Media Group, Inc.
Services Provided:     Testifying expert, expert reports for plaintiff
Disposition:           Class certification denied
Date:                  2013 – 2014

*Expert Engagement:*
Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                       related to short message service (SMS) technology
Law Firm:              Edelson LLC
Case Name:             Sterk v. Path, Inc.
Services Provided:     Testifying expert, expert reports for plaintiff
Disposition:           Settled
Date:                  2013 – 2014

*Expert Engagement:*
Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                       related to short message service (SMS) technology
Law Firm:              Francis & Mailman, P.C.
Case Name:             Dominguez v. Yahoo! Inc.
Services Provided:     Testifying expert, expert reports, depositions for plaintiff
Disposition:           Ongoing
Date:                  2013 – 2014

*Expert Engagement:*
Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                       related to short message service (SMS) technology
Law Firm:              McGuire Law, P.C.
Case Name:             Smith v. Microsoft Corporation
Services Provided:     Testifying expert, expert reports for plaintiff
Disposition:           Ongoing
Date:                  2013 – 2014

*Expert Engagement:*
Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                       related to short message service (SMS) technology
Law Firm:              Heyrich Kalish McGuigan, PLLC

---

**Randall A. Snyder**
**Curriculum Vitae**

---

Case Name:           Gragg v. Orange Cab Company, Inc. et al
Services Provided:   Testifying expert, expert reports, depositions for plaintiff
Disposition:         Ongoing
Date:                2013 – 2014

*Expert Engagement:*
Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                     related to short message service (SMS) technology
Law Firm:            Wooten, Kimbrough & Normand, PA
Case Name:           Murphy v. DCI Biologicals, LLC
Services Provided:   Testifying expert, expert reports for plaintiff
Disposition:         Settled
Date:                2013 – 2014

*Expert Engagement:*
Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                     related to short message service (SMS) technology
Law Firm:            Kazerouni Law Group, APC
Case Name:           Sherman v. Yahoo! Inc.
Services Provided:   Testifying expert, expert reports for plaintiff
Disposition:         Settled
Date:                2013 – 2014

*Expert Engagement:*
Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 and Fair Debt
                     Collection Practices Act (FDCPA) 15 U.S.C. 15 § 1692 related to unlawful
                     cellular telephone calls
Law Firm:            Collins & Story, PA
Case Name:           Keen v. Delta Outsource Group, Inc.
Services Provided:   Testifying expert, expert reports, depositions for plaintiff
Disposition:         Ongoing
Date:                2013 – 2014

*Expert Engagement:*
Type of Matter:      Intellectual property (patents) related to short message service (SMS) technology
                     and mobile banking
Law Firm:            Panovia Group LLP
Case Name:           N5 Technologies, LLC v. Capital One, N.A. et al
Services Provided:   Testifying expert, expert reports, depositions for plaintiff
Disposition:         Settled
Date:                2013 – 2014

*Expert Engagement:*
Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 and California's
                     Unfair Competition Law, Cal. Bus. & Prof. Code § 17200 class action related to
                     short message service (SMS) technology
Law Firm:            Hartmann and Kananen

<div align="center">

**Randall A. Snyder**
**Curriculum Vitae**

</div>

Case Name:          Baird v. Sabre, Inc.
Services Provided:  Testifying expert, expert reports for plaintiff
Disposition:        Dismissed
Date:               2013 – 2014

*Expert Engagement:*
Type of Matter:     Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                    related to short message service (SMS) technology and unlawful charging of
                    cellular telephone customers
Law Firm:           Edelson LLC
Case Name:          Lee v. Stonebridge Life Insurance Company
Services Provided:  Testifying expert, expert reports, depositions for plaintiff
Disposition:        Settled
Date:               2012 – 2014

*Expert Engagement:*
Type of Matter:     Intellectual property (patents) related to short message service (SMS) technology
                    and multimedia message service (MMS) technology
Law Firm:           Baker Botts LLP
Case Name:          Intellectual Ventures LLC v. AT&T Mobility LLC, T-Mobile USA, Inc., Sprint
                    Spectrum L.P., US Cellular Corporation
Services Provided:  Testifying expert, expert reports, depositions for defendants
Disposition:        Ongoing
Date:               2012 – 2014

*Expert Engagement:*
Type of Matter:     Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                    related to short message service (SMS) technology
Law Firm:           Keogh Law, Ltd.
Case Name:          Wanca v. LA Fitness International, LLC
Services Provided:  Testifying expert, expert reports, depositions for plaintiff
Disposition:        Settled
Date:               2013

*Expert Engagement:*
Type of Matter:     Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                    related to unlawful cellular telephone calls
Law Firm:           Lemberg & Associates LLC
Case Name:          Penn v. NRA Group, LLC
Services Provided:  Consulting expert for plaintiff
Disposition:        Ongoing
Date:               2013

*Expert Engagement:*
Type of Matter:     Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                    related to unlawful cellular telephone calls
Law Firm:           Lemberg & Associates LLC

<div style="border:1px solid black; text-align:center">

**Randall A. Snyder**
**Curriculum Vitae**

</div>

Case Name:            Reed v. GC Services LP
Services Provided:    Consulting expert for plaintiff
Disposition:          Settled
Date:                 2013

*Expert Engagement:*
Type of Matter:       Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                      related to short message service (SMS) technology
Law Firm:             The Lavery Law Firm
Case Name:            Volpe v. Caribbean Cruise Line, Inc.
Services Provided:    Consulting expert for plaintiff
Disposition:          Dismissed
Date:                 2013

*Expert Engagement:*
Type of Matter:       Washington Consumer Protection Act, RCW 19.86 and RCW 80.36.400 related
                      to unfair business practices and unlawful cellular telephone calls
Law Firm:             Williamson and Williams Law
Case Name:            Kids Northwest v. First Data Corporation
Services Provided:    Consulting expert for plaintiff
Disposition:          Ongoing
Date:                 2013

*Expert Engagement:*
Type of Matter:       Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                      related to short message service (SMS) technology
Law Firm:             George Rikos Law
Case Name:            Van Patten v. Vertical Fitness
Services Provided:    Testifying expert, expert reports for plaintiff
Disposition:          Ongoing
Date:                 2013

*Expert Engagement:*
Type of Matter:       Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 and California
                      Business and Professions Code § 17200 class action related to short message
                      service (SMS) technology
Law Firm:             Milberg LLP
Case Name:            D'Agostino v. Jesta Digital, LLC (dba Jamster)
Services Provided:    Testifying expert, expert reports for plaintiff
Disposition:          Settled
Date:                 2013

*Expert Engagement:*
Type of Matter:       Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 and Restrictions
                      on Telemarketing, Telephone Solicitation, and Facsimile Advertising 47 C.F.R.
                      § 64.1200(d)(3) class action related to unlawful cellular telephone calls
Law Firm:             Burke Law Offices, LLC

| Randall A. Snyder |
| Curriculum Vitae |

Case Name:         Benzion v. Vivint, Inc.
Services Provided: Testifying expert, expert reports, depositions for plaintiff
Disposition:       Settled
Date:              2013

*Expert Engagement:*
Type of Matter:    Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                   related to unlawful cellular telephone calls
Law Firm:          Lemberg & Associates LLC
Case Name:         Rutigliano v. Convergent Outsourcing, Inc.
Services Provided: Testifying expert, expert reports for plaintiff
Disposition:       Ongoing
Date:              2013

*Expert Engagement:*
Type of Matter:    Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                   related to short message service (SMS) technology
Law Firm:          Kazerouni Law Group, APC
Case Name:         Emanuel v. The Los Angeles Lakers, Inc.
Services Provided: Testifying expert, expert reports for plaintiff
Disposition:       Dismissed
Date:              2013

*Expert Engagement:*
Type of Matter:    Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                   related to short message service (SMS) technology
Law Firm:          Kazerouni Law Group, APC
Case Name:         Barani v. Wells Fargo Bank, N.A.
Services Provided: Consulting expert for plaintiff
Disposition:       Settled
Date:              2013

*Expert Engagement:*
Type of Matter:    Intellectual property (patents) related to wireless calling party identification
                   technology
Law Firm:          K&L Gates LLP
Case Name:         Cequint Inc. v. Apple Inc.
Services Provided: Consulting expert for plaintiff
Disposition:       Settled
Date:              2013

*Expert Engagement:*
Type of Matter:    Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                   related to unlawful cellular telephone calls
Law Firm:          Donald A. Yarbrough, Esq.
Case Name:         Mais v. Gulf Coast Collection Bureau, Inc.
Services Provided: Testifying expert, expert reports for plaintiff

| Randall A. Snyder |
| :---: |
| **Randall A. Snyder**<br>**Curriculum Vitae** |

Disposition:       Dismissed on appeal
Date:              2013

*Expert Engagement:*
Type of Matter:    Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                   related to unlawful cellular telephone calls
Law Firm:          Donald A. Yarbrough, Esq.
Case Name:         Manno v. Healthcare Revenue Recovery Group, LLC
Services Provided: Testifying expert, expert reports, depositions for plaintiff
Disposition:       Settled
Date:              2013

*Expert Engagement:*
Type of Matter:    Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                   related to short message service (SMS) technology and unlawful charging of
                   cellular telephone customers
Law Firm:          Law Office of Scott D. Owens, Esq.
Case Name:         Wojcik v. Buffalo Bills, Inc.
Services Provided: Testifying expert, expert reports for plaintiff
Disposition:       Settled
Date:              2012 – 2013

*Expert Engagement:*
Type of Matter:    Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                   related to short message service (SMS) technology and unlawful charging of
                   cellular telephone customers
Law Firm:          Law Office of Scott D. Owens, Esq.
Case Name:         Keim v. ADF Midatlantic, LLC (Pizza Hut)
Services Provided: Testifying expert for plaintiff
Disposition:       Ongoing
Date:              2012 – 2013

*Expert Engagement:*
Type of Matter:    Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                   related to unlawful cellular telephone calls
Law Firm:          Liner Grode Stein Yankelevitz Sunshine Regenstreif & Taylor LLP
Case Name:         Connelly v. Hilton Grand Vacations Company, LLC
Services Provided: Testifying expert, expert reports, depositions for defendant
Disposition:       Class certification denied
Date:              2012 – 2013

*Expert Engagement:*
Type of Matter:    Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                   related to short message service (SMS) technology
Law Firm:          Kirby Law Group
Case Name:         Agne v. Papa John's International, Inc. et al
Services Provided: Consulting expert for plaintiff

<table>
<tr><td>

**Randall A. Snyder**
**Curriculum Vitae**

</td></tr>
</table>

Disposition:          Settled
Date:                 2012

*Expert Engagement:*
Type of Matter:       Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action and
                      NY GBL 399-P class action related to unlawful calls
Law Firm:             Bellin and Associates LLC
Case Name:            Tipoo v. Enhanced Recovery Company, LLC
Services Provided:    Testifying expert, consulting expert, discovery motions for plaintiff
Disposition:          Undisclosed
Date:                 2012

*Expert Engagement:*
Type of Matter:       Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                      related to unlawful calls
Law Firm:             Burke Law Offices, LLC
Case Name:            Bailey v. Household Finance Corporation et al
Services Provided:    Testifying expert, expert reports for plaintiff
Disposition:          Undisclosed
Date:                 2011 – 2012

*Expert Engagement:*
Type of Matter:       Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                      related to short message service (SMS) technology
Law Firm:             Burke Law Offices, LLC
Case Name:            Annoni v. FYISMS.com, LLC
Services Provided:    Testifying expert, expert reports for plaintiff
Disposition:          Undisclosed
Date:                 2011 – 2012

*Expert Engagement:*
Type of Matter:       Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                      related to short message service (SMS) technology and unlawful charging of
                      cellular telephone customers
Law Firm:             KamberEdelson, LLC
Case Name:            Schrock v. Wenner Media LLC
Services Provided:    Consulting expert for plaintiff
Disposition:          Undisclosed
Date:                 2011

*Expert Engagement:*
Type of Matter:       Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                      related to short message service (SMS) technology and unlawful charging of
                      cellular telephone customers
Law Firm:             Summit Law Group
Case Name:            Kramer v. Autobytel, Inc. and B2Mobile, LLC
Services Provided:    Consulting expert for defendant

<table>
<tr><td></td><td><strong>Randall A. Snyder<br>Curriculum Vitae</strong></td></tr>
</table>

Disposition:       Settled
Date:              2011

*Expert Engagement:*
Type of Matter:    Intellectual property (patents) related to wireless location based services (LBS)
Law Firm:          Mintz, Levin, Cohn, Ferris, Glovsky and Popeo PC
Case Name:         Emsat Geolocation Technology, LLC v. CellCo Limited Partnership (dba
                   Verizon Wireless) et al
Services Provided: Consulting expert, USPTO affidavits for patent reexamination for plaintiff
Disposition:       Undisclosed
Date:              2010 – 2011

*Expert Engagement:*
Type of Matter:    Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                   related to unlawful calls
Law Firm:          Keogh Law, Ltd.
Case Name:         Griffith v. Consumer Portfolio Services, Inc.
Services Provided: Testifying expert, expert reports for plaintiff
Disposition:       Undisclosed
Date:              2010 – 2011

*Expert Engagement:*
Type of Matter:    Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                   related to unlawful calls
Law Firm:          Keogh Law, Ltd.
Case Name:         Dobbin v. Wells Fargo Auto Finance, Inc.
Services Provided: Testifying expert, expert reports for plaintiff
Disposition:       Dismissed
Date:              2010 – 2011

*Expert Engagement:*
Type of Matter:    Intellectual property (patents) related to short message service (SMS) technology
Law Firm:          Nelson Bumgardner Casto PC
Case Name:         Celltrace LLC v. AT&T Inc. et al
Services Provided: Consulting expert for plaintiff
Disposition:       Undisclosed
Date:              2010

*Expert Engagement:*
Type of Matter:    California Constitution, Article VI, § 10, class action related to short message
                   service (SMS) technology and unlawful charging of cellular telephone customers
Law Firm:          KamberEdelson, LLC
Case Name:         VanDyke v. Media Breakaway, LLC
Services Provided: Testifying expert, expert reports for plaintiff
Disposition:       Settled
Date:              2009

<div align="center">

**Randall A. Snyder**
**Curriculum Vitae**

</div>

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful calls |
| Law Firm: | Gordon & Rees LLP |
| Case Name: | Allen v. Rickenbacker Collection Services |
| Services Provided: | Consulting expert for defendant |
| Disposition: | Undisclosed |
| Date: | 2009 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Intellectual property (trademarks) related to short message service (SMS) technology |
| Law Firm: | Fish & Richardson P.C. |
| Case Name: | Cricket Communications, Inc. v. HipCricket, Inc. |
| Services Provided: | Testifying expert, expert reports, depositions for plaintiff |
| Disposition: | Undisclosed |
| Date: | 2008 – 2009 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | California Constitution, Article VI, § 10, class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | KamberEdelson, LLC |
| Case Name: | Albrecht v. mBlox, Inc. et al |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Settled |
| Date: | 2008 – 2009 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Blim & Edelson, LLC |
| Case Name: | Satterfield v. Simon & Schuster, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Settled |
| Date: | 2007 – 2009 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | KamberEdelson, LLC |
| Case Name: | Walker v. Motricity, Inc. |
| Services Provided: | Testifying expert, expert reports, depositions for plaintiff |
| Disposition: | Settled |
| Date: | 2008 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |

> ### Randall A. Snyder
> ### Curriculum Vitae

Law Firm:            KamberEdelson, LLC
Case Name:           Rynearson v. Motricity, Inc.
Services Provided:   Testifying expert, expert reports, depositions for plaintiff
Disposition:         Settled
Date:                2008

*Expert Engagement:*
Type of Matter:      California Constitution, Article VI, § 10, class action related to short message
                     service (SMS) technology and unlawful charging of cellular telephone customers
Law Firm:            KamberEdelson, LLC
Case Name:           Reed v. Sprint Nextel Corporation
Services Provided:   Testifying expert, expert reports for plaintiff
Disposition:         Settled
Date:                2008

*Expert Engagement:*
Type of Matter:      Class action related to short message service (SMS) technology and unlawful
                     charging of cellular telephone customers
Law Firm:            KamberEdelson, LLC
Case Name:           Paluzzi v. CellCo Limited Partnership (dba Verizon Wireless) and mBlox. Inc.
Services Provided:   Consulting expert for plaintiff
Disposition:         Settled
Date:                2008

*Expert Engagement:*
Type of Matter:      Class action related to short message service (SMS) technology and unlawful
                     charging of cellular telephone customers
Law Firm:            KamberEdelson, LLC
Case Name:           Nava v. Predicto Mobile, LLC
Services Provided:   Consulting expert for plaintiff
Disposition:         Settled
Date:                2008

*Expert Engagement:*
Type of Matter:      Class action related to short message service (SMS) technology and unlawful
                     charging of cellular telephone customers
Law Firm:            KamberEdelson, LLC
Case Name:           McFerren v. AT&T Mobility, LLC
Services Provided:   Consulting expert for plaintiff, settlement agreement
Disposition:         Settled
Date:                2008

*Expert Engagement:*
Type of Matter:      California's Unfair Competition Law, Cal. Bus. & Prof. Code § 17200 class
                     action related to short message service (SMS) technology and unlawful charging
                     of cellular telephone customers
Law Firm:            KamberEdelson, LLC

```
┌─────────────────────────────┐
│      Randall A. Snyder       │
│      Curriculum Vitae        │
└─────────────────────────────┘
```

Case Name:              Guerrero v. MobileFunster, Inc.
Services Provided:      Consulting expert for plaintiff
Disposition:            Settled
Date:                   2008

*Expert Engagement:*
Type of Matter:         Computer Fraud and Abuse Act, 18 U.S.C. Article § 1030, class action related to
                        short message service (SMS) technology and unlawful charging of cellular
                        telephone customers
Law Firm:               KamberEdelson, LLC
Case Name:              Gray v. Mobile Messenger Americas, Inc.
Services Provided:      Consulting expert for plaintiff
Disposition:            Settled
Date:                   2008

*Expert Engagement:*
Type of Matter:         Class action related to short message service (SMS) technology and unlawful
                        charging of cellular telephone customers
Law Firm:               KamberEdelson, LLC
Case Name:              Goddard v. Google, Inc.
Services Provided:      Consulting expert for plaintiff
Disposition:            Settled
Date:                   2008

*Expert Engagement:*
Type of Matter:         Class action related to short message service (SMS) technology and unlawful
                        charging of cellular telephone customers
Law Firm:               KamberEdelson, LLC
Case Name:              Duffy v. Nevis Mobile, LLC
Services Provided:      Consulting expert for plaintiff
Disposition:            Settled
Date:                   2008

*Expert Engagement:*
Type of Matter:         Class action related to short message service (SMS) technology and unlawful
                        charging of cellular telephone customers
Law Firm:               KamberEdelson, LLC
Case Name:              Criswell v. MySpace, Inc.
Services Provided:      Testifying expert, expert reports for plaintiff
Disposition:            Settled
Date:                   2008

*Expert Engagement:*
Type of Matter:         Class Action Fairness Act of 2005, 28 U.S.C. §§ 1332, 1453 and 28 U.S.C. §
                        1367(a) class action related to short message service (SMS) technology and
                        unlawful charging of cellular telephone customers
Law Firm:               KamberEdelson, LLC

<div style="text-align:center">

**Randall A. Snyder**
**Curriculum Vitae**

</div>

| | |
|---|---|
| Case Name: | Bradberry v. mBlox, Inc. |
| Services Provided: | Consulting expert, damage estimates for plaintiff |
| Disposition: | Settled |
| Date: | 2008 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | California Constitution, Article VI, § 10, class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | KamberEdelson, LLC |
| Case Name: | Ayers v. Media Breakaway, LLC |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Settled |
| Date: | 2008 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Intellectual property (patents) related to wireless location based services (LBS) |
| Law Firm: | Hahn Loeser & Parks, LLC |
| Case Name: | Emsat Geolocation Technology, LLC v. CellCo Limited Partnership (dba Verizon Wireless) et al |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Undisclosed |
| Date: | 2008 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | Blim & Edelson, LLC |
| Case Name: | Valdez v. Sprint Nextel Corporation |
| Services Provided: | Consulting expert, damages estimate for plaintiff |
| Disposition: | Settled |
| Date: | 2007 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 201 class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | Blim & Edelson, LLC |
| Case Name: | Bradberry v. T-Mobile USA, Inc. |
| Services Provided: | Testifying expert, expert reports, numerosity for class certification for plaintiff |
| Disposition: | Settled |
| Date: | 2007 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | California Computer Crime Law, Cal. Pen. Code § 502 and California's Unfair Competition Law, Cal. Bus. & Prof. Code § 17200 class action related to short message service (SMS) technology |
| Law Firm: | KamberEdelson, LLC |

## Randall A. Snyder
## Curriculum Vitae

Case Name:              Abrams v. Facebook, Inc.
Services Provided:      Testifying expert, expert reports for plaintiff
Disposition:            Settled
Date:                   2007

*Expert Engagement:*
Type of Matter:         Intellectual property (patents) related to short message service (SMS) technology
Law Firm:               Paul Hastings LLP
Case Name:              TeleCommunication Systems, Inc. v. Mobile365, Inc.
Services Provided:      Testifying expert, expert reports, depositions, trial testimony for defendant
Disposition:            Settled
Date:                   2007

# EXHIBIT 3


**Wireless
Research
Services**

# Wireless Research Services, LLC

# 2014 Rate Sheet

| ITEM | FEE |
|---|---|
| Non-refundable Retainer at Time of Engagement | $4,000 |
| Expert Witness Consulting, Expert Reports | $450 per hour |
| Depositions, In-court Testimony | $500 per hour |
| Required Travel, Lodging, Board and Administrative Expenses | $1,000 per airline travel day plus actual incurred expenses |
| Invoicing | Payment due upon receipt |
| Penalty for Late Payments | 10% of total invoice added after each 30 days late until full payment is received |

By signing below and returning an executed copy to Wireless Research Services, LLC along with payment of the non-refundable retainer, you agree to the payment terms contained on this rate sheet.

Agreed to by:_____

Law firm/Company:_____

Case Name:_____

Date:_____