United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LOFTON,<br><br>    Plaintiff,<br><br>    v.<br><br>VERIZON WIRELESS (VAW) LLC,<br><br>    Defendant. | Case No. 13-cv-05665-YGR (JSC)<br><br>**ORDER SETTING HEARING** |

Now pending before the Court are the parties' numerous discovery disputes. (Dkt. Nos. 51, 57, 59, and 61.) The Court hereby sets a hearing on those disputes, including Plaintiff's motion to continue the class certification briefing deadlines, for Thursday, November 20, 2014 at 2:30 p.m.

**IT IS SO ORDERED**.

Dated: November 14, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge