UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN LOFTON,

                    Plaintiff,

            v.

VERIZON WIRELESS (VAW) LLC,

                    Defendant.

Case No.  13-cv-05665-YGR   (JSC)

**ORDER FOLLOWING NOVEMBER 20, 2014 DISCOVERY CONFERENCE**

Discovery and related disputes in this matter has been referred to the undersigned magistrate judge.  (Dkts. No. 39, 65.)  For the reasons stated at the hearing held on November 20, 2014, IT IS HEREBY ORDERED THAT:

1.      Defendant shall produce all remaining Collecto call logs by November 26, 2014. Defendant shall submit a declaration by December 2, 2014, indicating whether production of Collecto call logs is complete, and whether the documents produced include information about disposition, dialer ID, and dialing mode.

2.      A further telephone status conference shall be held on December 11, 2014 at 9:00 a.m.

3.      With respect to Plaintiff's Motion to Continue the Court's December 16, 2014 Deadline to Move for Class Certification (Dkt. No. 57), the current deadline is VACATED.  The Court will discuss with the parties a new schedule for briefing class certification during the December 11 telephone status conference.

4.      The Motion to Quash Plaintiff's Subpoena to Produce Documents (Dkt. No. 63) filed by Non-party Valentine & Kebartas, Inc. ("V&K") is DENIED without prejudice to refiling. It does not appear from V&K's motion that the parties have sufficiently met and conferred regarding V&K's objections to the subpoenas as required by this Court's Standing Orders.  The

United States District Court
Northern District of California

Court accordingly orders V&K and Plaintiff to meet and confer regarding the dispute.  If any dispute remains following the meet-and-confer, the parties shall file a joint discovery letter in accordance with this Court's Standing Order.

5.      Plaintiff's request for spoliation sanctions set forth in the parties' Letter Brief Regarding Sanctions for Obstruction of Class Discovery (Dkt. No. 61) is DENIED without prejudice to refiling in the form of a formally noticed motion.

This Order disposes of Docket Nos. 57, 61, and 63.

**IT IS SO ORDERED**.

Dated: November 21, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

United States District Court
Northern District of California

2