UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LOFTON,<br><br>        Plaintiff,<br><br>    v.<br><br>VERIZON WIRELESS (VAW) LLC,<br><br>        Defendant. | Case No. 13-cv-05665-YGR   (JSC)<br><br>**ORDER FOLLOWING DECEMBER 15 STATUS CONFERENCE** |

Discovery in this putative class action has been referred to the undersigned magistrate judge. The parties appeared by telephone for a status conference in this matter on December 15, 2014 to discuss outstanding discovery disputes. At the conference, Defendant Verizon Wireless (VAW) LLC ("Verizon") represented that it had completed production of documents responsive to Plaintiff John Lofton's Request for Production Nos. 51, 52, 59, and 61.

With respect to documents pertaining to the types of devices or dialers used by third-party vendors engaged in debt collection for Verizon (other than Collecto), Verizon shall produce the documents by December 31, 2014. The parties are then to meet and confer on which dialer logs should be produced and the timing of their production.

Verizon has completed production of the Collecto dialer logs, subject to the exceptions noted in the declaration of Verizon consultant Aaron Woolfson. (Dkt. No. 76.) The parties requested an opportunity to resolve these remaining issues on a recorded call with their consultants, and the Court agreed. The Court will hold a further status conference on January 15, 2015 at 10:30 a.m. Counsel for both parties must appear in person. If the parties are unable to resolve the remaining issues in recorded calls with their consultants, then the consultants, too, must appear in person at the January 15 conference. Counsel and their consultants shall plan on

remaining at the courthouse for the duration of the day until they have worked out all remaining discovery issues, including issues as to production of documents from the other third-party vendors.  The Court will address the schedule for class certification briefing on January 15.

**IT IS SO ORDERED**.

Dated:  December 15, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge