UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**JOHN LOFTON**,

        Plaintiff,

   v.

**VERIZON WIRELESS (VAW) LLC**,

        Defendant.

Case No.  13-cv-05665-YGR

**ORDER DENYING MOTION FOR RELIEF FROM MAGISTRATE JUDGE'S NON-DISPOSITIVE ORDER**

Re: Dkt. Nos. 84, 85

The Court has reviewed the papers submitted in connection with defendant's motion for relief from Magistrate Judge Corley's non-dispositive December 15, 2014 order.  (Dkt. No. 85.) The Court has determined that the motion is appropriate for decision without oral argument, as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78.  *See also  Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 729 (9th Cir. 1991). Having considered the papers submitted and the record in this case, the Court hereby **DENIES** the motion.  Defendant's concurrently filed emergency motion for a temporary stay of the December 15, 2014 order pending the Court's ruling on the foregoing motion (Dkt. No. 84) is therefore **DENIED** as moot.

This Order terminates Docket Nos. 84 and 85.

**IT IS SO ORDERED.**

Dated: December 24, 2014

                                                       _____
                                                       **YVONNE GONZALEZ ROGERS**
                                                       **UNITED STATES DISTRICT COURT JUDGE**