UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN LOFTON**,<br><br>        Plaintiff,<br><br>    v.<br><br>**VERIZON WIRELESS (VAW) LLC**,<br><br>        Defendant. | Case No. 13-cv-05665-YGR<br><br>**ORDER DENYING MOTIONS FOR RELIEF FROM NON-DISPOSITIVE PRE-TRIAL ORDER OF MAGISTRATE JUDGE**<br><br>Re: Dkt. Nos. 178, 179 |

On July 2, 2015, both parties filed motions for relief from a non-dispositive pre-trial order of Magistrate Judge Jacqueline Scott Corley dated June 18, 2015 and clarified on June 22, 2015. (Dkt. Nos. 178, 179.)

The Court, having carefully reviewed the motions as well as the underlying order of Magistrate Judge Corley, **DENIES** the motions for relief.

A non-dispositive order of a magistrate judge is reviewed by the District Court under the clearly erroneous or contrary to law standard. *See* Fed. R. Civ. P. 72(a); 28 U.S.C. § 636(b)(1)(A). The parties have not demonstrated that the order in question is clearly erroneous or contrary to law.

This Order terminates Docket Numbers 178, 179.

**IT IS SO ORDERED.**

Dated: July 13, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**