David C. Parisi (162248)
Suzanne Havens Beckman (188814)
PARISI & HAVENS LLP
212 Marine Street, Suite 100
Santa Monica, California 90405
(818) 990-1299 (telephone)
(818) 501-7852 (facsimile)
dcparisi@parisihavens.com
shavens@parisihavens.com

Ethan Preston (263295)
PRESTON LAW OFFICES
4054 McKinney Avenue, Suite 310
Dallas, Texas 75204
(972) 564-8340 (telephone)
(866) 509-1197 (facsimile)
ep@eplaw.us

*Attorneys for Plaintiff John Lofton, on his own behalf, and behalf of all others similarly situated*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN LOFTON, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VERIZON WIRELESS (VAW) LLC, and DOES 1-100, inclusive,<br><br>Defendants. | No. C 13-05665 YGR<br><br>Honorable Yvonne Gonzalez Rogers<br>Honorable Jacqueline Scott Corley<br><br>**NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**<br><br>Date:      January 26, 2016<br>Time:      2:00 p.m.<br>Location:  Courtroom 1<br>           Ronald V. Dellums Federal Bldg.<br>           1301 Clay Street<br>           Oakland, California 94612 |

**NOTICE OF MOTION FOR PRELIMINARY APPROVAL**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE THAT on January 26, 2016 (or on any other date the Court may set) at 2:00 p.m., in Courtroom 1 in the Ronald V. Dellums Federal Building at 1301 Clay Street, Oakland, California 94612, before the Honorable Judge Yvonne Gonzalez Rogers, Plaintiff John Lofton ("Lofton") will and hereby does move for preliminary approval of the class settlement with Defendant Verizon Wireless (VAW) LLC ("Verizon") under Rule 23(c) and 23(e) of the Federal Rules of Civil Procedure for entry of the submitted order which: (1) appoints Plaintiff as the representative of the IPA and TCPA Classes; (2) appoints Class Counsel; (3) preliminarily approves the attached Settlement Agreement as fair, reasonable, and adequate; (4) approves the Agreement's provisions for providing notice to the Classes; (5) sets deadlines for Class Members to opt out and object, for Plaintiff and his counsel to file their application for attorney's fees, costs, and service award, and for the parties to file for final approval of the settlement; and (6) schedules a final approval hearing.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities in Support of the Motion, the authorities cited therein and the supporting declaration, the attached Agreement, Plan of Allocation, the Notice (including Website Notice, Direct Notice, and Publication Notice), and the proposed Orders for Preliminary and Final Approval, the oral argument of counsel, and any other matter that may be submitted at the hearing. Further, this Motion is made on the grounds that the Agreement is the product of arm's-length, good-faith negotiations; is fair, reasonable, and adequate to the Class, and should be preliminarily approved, as discussed in the attached memorandum.

Dated: December 22, 2015        By:    /s/David C. Parisi
                                       David C. Parisi (162248)
                                       Suzanne Havens Beckman (188814)
                                       PARISI & HAVENS LLP
                                       212 Marine Street, Suite 100
                                       Santa Monica, California 90405
                                       (818) 990-1299 (telephone)
                                       818) 501-7852 (facsimile)
                                       dcparisi@parisihavens.com
                                       shavens@parisihavens.com

Ethan Preston (263295)
PRESTON LAW OFFICES
4054 McKinney Avenue, Suite 310
Dallas, Texas 75204
(972) 564-8340 (telephone)
(866) 509-1197 (facsimile)
ep@eplaw.us

*Attorneys for Plaintiff John Lofton, on his own behalf, and behalf of all others similarly situated*