David C. Parisi (162248)
Suzanne Havens Beckman (188814)
PARISI & HAVENS LLP
212 Marine Street, Suite 100
Santa Monica, California 90405
(818) 990-1299 (telephone)
(818) 501-7852 (facsimile)
dcparisi@parisihavens.com
shavens@parisihavens.com

Ethan Preston (263295)
PRESTON LAW OFFICES
4054 McKinney Avenue, Suite 310
Dallas, Texas 75204
(972) 564-8340 (telephone)
(866) 509-1197 (facsimile)
ep@eplaw.us

*Attorneys for Plaintiff John Lofton, on his own behalf, and behalf of all others similarly situated*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN LOFTON, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VERIZON WIRELESS (VAW) LLC, and DOES 1-100, inclusive,<br><br>Defendants. | No. C 13-05665 YGR<br><br>**MAY 31, 2016 INVOICE FROM A.B. DATA, LTD.** |

**A.B. DATA, LTD.**
Class Action Administration
600 A.B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com



| | | |
|---|---|---|
| Preston/Law Offices | INVOICE | 171407 |
| Ethan Preston | PAGE | 1 of 1 |
| 8245 North 85th Way | DATE | 5/31/2016 |
| Scottsdale, AZ 85258 | CLIENT | 661761 |

# INVOICE

**JOB  51248**         **LOFTON V. VERIZON**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---:|---:|---:|
| Receipt and Processing/Tabulation of Undeliverable Mail | 21,817 | 0.150 | $3,272.55 |
| Website Updates (hourly) | 0.25 | 145.000 | $36.25 |
| Call Center Management, IVR and Voicemail (hourly) | 0.75 | 95.000 | $71.25 |
| Receipt, Preparation and Imaging of Incoming Mail | 3 | 2.000 | $6.00 |
| Processing of Correspondence/Exclusion Requests (hourly) | 3.75 | 45.000 | $168.75 |
| Receipt and Preparation of Paper Claim Forms | 1,504 | 2.250 | $3,384.00 |
| Imaging of Claim Forms | 972 | 0.120 | $116.64 |
| Data Capture | 1,504 | 0.650 | $977.60 |
| Validation | 3,432 | 0.750 | $2,574.00 |
| Project Management (hourly) | 22.25 | 145.000 | $3,226.25 |
| Quality Assurance (hourly) | 9.50 | 135.000 | $1,282.50 |
| Website Maintenance/Hosting (monthly) | 1 | 175.000 | $175.00 |
| IVR (per minute) | 279 | 0.420 | $117.18 |
| 800 Number Charges (per minute) | 388 | 0.120 | $46.56 |
| IVR and Line Maintenance (monthly) | 1 | 190.000 | $190.00 |
| Bank Account Fee (per month) | 1 | 175.000 | $175.00 |
| Storage-eletronic | 7,191 | 0.003 | $21.57 |
| Storage-paper | 1 | 1.500 | $1.50 |
| Labels | 1 | 280.000 | $280.00 |

                                                    **TOTAL**        **$16,122.60**

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT