**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN LOFTON, an individual, on his own behalf and on behalf of all others similarly situated, | No. C 13-05665 YGR |
| | **[~~PROPOSED~~] FINAL JUDGMENT** |
| Plaintiff, | |
| v. | |
| VERIZON WIRELESS (VAW) LLC, and DOES 1-100, inclusive, | |
| Defendants. | |

The Court having entered, on May 27, 2016, a Final Approval Order approving the Settlement between Plaintiff John Lofton, individually and in his representative capacity, and Defendant Verizon Wireless (VAW) LLC ("Verizon," and, collectively with Plaintiff, the "Parties"), it is hereby ORDERED, ADJUDGED, and DECREED that:

1. Judgment is hereby entered in this case in accordance with the Court's May 27, 2016 Final Approval Order as to all claims against Verizon in this Action.

2. The above-captioned Action is dismissed in its entirety with prejudice.

3. The Parties shall take all actions required of them by the Final Approval Order and the Settlement Agreement.

4. Except as otherwise provided herein and in the order awarding attorneys' fees and expenses to Class Counsel, granting an incentive award to Plaintiff, and approving the Plan of Allocation, the parties will bear their own attorneys' fees, costs and expenses.

5. Without affecting the finality of the judgment hereby entered, the Court reserves jurisdiction over the implementation of the Settlement, including enforcement and administration of the Settlement Agreement, including any releases in connection therewith, and any other matters related or ancillary to the foregoing.

6. This document constitutes a final judgment pursuant to Federal Rule of Civil Procedure 54 and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

**IT IS SO ORDERED.**

Dated: __June 10, 2016__

_____
Honorable Yvonne Gonzalez Rogers
United States District Judge