David C. Parisi (162248)
Suzanne Havens Beckman (188814)
PARISI & HAVENS LLP
212 Marine Street, Suite 100
Santa Monica, California 90405
(818) 990-1299 (telephone)
(818) 501-7852 (facsimile)
dcparisi@parisihavens.com
shavens@parisihavens.com

Ethan Preston (263295)
PRESTON LAW OFFICES
4054 McKinney Avenue, Suite 310
Dallas, Texas 75204
(972) 564-8340 (telephone)
(866) 509-1197 (facsimile)
ep@eplaw.us

*Attorneys for Plaintiff John Lofton, on his own behalf, and behalf of all others similarly situated*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN LOFTON, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VERIZON WIRELESS (VAW) LLC, and DOES 1-100, inclusive,<br><br>Defendants. | No. C 13-05665 YGR<br><br>Honorable Yvonne Gonzalez Rogers<br>Honorable Jacqueline Scott Corley<br><br>**PLAINTIFF JOHN LOFTON'S NOTICE OF WITHDRAWAL OF MOTION TO SANCTION PATRICK SWEENEY UNDER RULE 11 AND UNDER THE COURT'S INHERENT AUTHORITY**<br><br>Date:     August 9, 2016<br>Time:    2:00 p.m.<br>Location: Courtroom 1<br>             Ronald V. Dellums Federal Bldg.<br>             1301 Clay Street<br>             Oakland, California 94612 |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to Local Rule 7.7(e), Plaintiff John Lofton hereby withdraws his Motion To Sanction Patrick Sweeney Under Rule 11 And Under The Court's Inherent Authority (ECF No. 223) which was filed on June 23, 2016 and is currently scheduled for hearing on August 9, 2016 at 2:00 p.m.  No opposition to the motion was filed and plaintiff's deadline to file a reply is today, July 18, 2016.

Dated: July 18, 2016        By:        /s/David C. Parisi
                                        David C. Parisi (162248)
                                        Suzanne Havens Beckman (188814)
                                        PARISI & HAVENS LLP
                                        212 Marine Street, Suite 100
                                        Santa Monica, California 90405
                                        (818) 990-1299 (telephone)
                                        (818) 501-7852 (facsimile)
                                        dcparisi@parisihavens.com
                                        shavens@parisihavens.com

                                        Ethan Preston (263295)
                                        PRESTON LAW OFFICES
                                        4054 McKinney Avenue, Suite 310
                                        Dallas, Texas 75204
                                        (972) 564-8340 (telephone)
                                        (866) 509-1197 (facsimile)
                                        ep@eplaw.us

                                        *Attorneys for Plaintiff John Lofton,
                                        on his own behalf, and behalf of all*